THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARITZA JULIA, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SEATTLE PAIN CENTER MEDICAL CORPORATION, et al.,<br><br>　　　　Defendants. | NO. 2:16-CV-1656<br><br>STIPULATION AND ORDER FOR DISMISSAL |

## I.　STIPULATION

IT IS STIPULATED by and between Plaintiff Maritza Julia and Defendant Seattle Pain Center Medical Corporation and Dr. Frank Li ("Defendants") that all claims brought by Plaintiff herein against Defendants be dismissed with prejudice with each party bearing their own costs and attorney fees.

DATED this 17th day of April, 2017.　　　　DATED this 17th day of April, 2017.

TELLER & ASSOCIATES　　　　　　　　　PATTERSON BUCHANAN
　　　　　　　　　　　　　　　　　　　　　　　FOBES & LEITCH, INC., P.S.

By: *s:/ Stephen Teller via Email Approval 4/8/17*　　　　By: *s:/ Adam G. Cuff*
　　Stephen Teller, WSBA No. 23372　　　　Patricia K. Buchanan, WSBA No. 19892
　　Attorneys for Plaintiff　　　　　　　　　　Adam G. Cuff, WSBA No. 26439
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

STIPULATION FOR DISMISSAL - 1

592824

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle · WA · 98121
Tel. 206.462.6700 · Fax 206.462.6701

## II. ORDER

IT IS SO ORDERED.

Dated this 17th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.


By: *s:/ Adam G. Cuff*
    Patricia K. Buchanan, WSBA No. 19892
    Adam G. Cuff, WSBA No. 26439
    Attorneys for Defendants

Notice of Presentation Waived;
Approved as to Form and for Entry:

TELLER & ASSOCIATES


By: : *s:/ Stephen Teller via Email Approval 4/8/17*
    Stephen A. Teller, WSBA No. 23372
    Attorneys for Plaintiff

STIPULATION FOR DISMISSAL - 2

592824

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle · WA · 98121
Tel. 206.462.6700 · Fax 206.462.6701

# CERTIFICATE OF SERVICE

I, Kristi Ohlinger, hereby declare that on this 17th day of April, 2017, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| ATTORNEY NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| Stephen A. Teller<br>**Teller & Associates, PLLC**<br>1139 34th Avenue, Suite B<br>Seattle, WA 98122 | ■ ECF<br>ABC Legal Messenger Service<br>Regular U.S. Mail<br>Other: _____ |

I certify under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 17th day of April, 2017 at Seattle, Washington.

*s:/ Kristi Ohlinger*
Kristi Ohlinger
Legal Assistant

STIPULATION FOR DISMISSAL - 3

592824

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle · WA · 98121
Tel. 206.462.6700 · Fax 206.462.6701